UNITED STATES DISTRICT
COURT FOR THE MIDDLE
DISTRICT OF FLORIDA
OCALA DIVISION

brandon Stevens..../uccI-308
BRANDON STEVENS

PLAINTIFF(S) PROPRIA PERSONA

v.                           CASE NO:
                             5:20-CV-456-OC-40PRL

[KENNITH LOGAN LINEBURGER, ASSISTANT
STATE ATTORNEY; FIFTH CIRCUIT OF LAKE
COUNTY FLORIDA;...][MARK A NACKE, MAGISTRATE
JUDGE, FIFTH CIRCUIT OF LAKE COUNTY FLORIDA;...]
[KANE MINOR; LAKE COUNTY SHERRIFF;.../]
[T MICHAEL JOHNSON, MAGISTRATE JUDGE;.. FIFTH
CIRCUIT OF LAKE COUNTY FLORIDA;...][ASHLEY MOODY;
ATTORNEY GENERAL;.. STATE OF FLORIDA]
OFFICAIL AND INDIVITUAL CAPACITY
    DEFENDANT(S)

COMPLAINT FOR VIOLATION
   OF CIVIL RIGHTS

( AS THE PLAINTIFF IS CURRENTLY
IN CARCERATED THIS IS A PRISONER
        COMPLAINT )

RECEIVED FILED
2020 SEP 18 AM 11:28

I: THE PLAINTIFF(S)

    brandon Stevens ..../ucci-308
    BRANDON STEVENS

    FDOC # U41756

    RMC WEST UNIT
    PO BOX 628
    LAKE BUTLER FLORIDA 32054-0628


    BRANDON STEVENS
    brandon Stevens ..../ucci-308

    FDOC # U41756

    RMC WEST UNIT
    PO BOX 628
    LAKE BUTLER FLORIDA 32054-0628

B: THE DEFENDANT(S)

DEFENDANT # ONE:

KENNETH LOGAN LINEBERGER

FLORIDA ASSISTANT STATE ATTORNEY FOR THE FIFTH JUDICIAL CIRCUIT COURT IN AND FOR LAKE COUNTY FLORIDA

BAR NUMBER: 103077

OFFICE OF THE STATE ATTORNEY

550 WEST MAIN STREET
    TAVARES FLORIDA 32778

☑ INDIVIDUAL COMPACITY   ☑ OFFICIAL CAPACITY

DEFENDANT # TWO:

MARK A NACKE

MAGISTRATE JUDGE FOR THE FIFTH JUDICIAL CIRCUIT COURT IN AND FOR LAKE COUNTY FLORIDA (RETIRED)

BAR NUMBER: UNKNOWN

FIFTH JUDICIAL CIRCUIT COURT IN AND FOR LAKE COUNTY FLORIDA

550 WEST MAIN STREET,
TAVARES FLORIDA 32778

☑ INDIVIDUAL CAPICITY   ☑ OFFICAIL CAPICITY

DEFENDANT # THREE:

KANE MINOR

LAKE COUNTY SHERRIFF DEPUTY

SHIELD NUMBER:

LAKE COUNTY SHERRIFFS OFFICE
360 RUBY STREET
TAVARES FLORIDA 32778

DEFENDANT # FOUR

T. MICHAEL JOHNSON

MAGISTRATE JUDGE FOR THE FIFTH JUDICIAL CIRCUIT COURT IN AND FOR LAKE COUNTY FLORIDA

BAR NUMBER: UNKNOWN

FIFTH CIRCUIT COURT IN AND FOR THE JUDICIAL CIRCUIT, LAKE COUNTY FLORIDA

550 WEST MAIN STREET            ☒ OFFICAIL CAPACITY
    TAVARES FLORIDA 32778
                         ☒ INDIVIDUAL CAPACITY

DEFENDANT # FIVE:

ASHLEY MOODY

ATTORNEY GENERAL

BAR NUMBER: UNKNOWN

OFFICE OF THE ATTORNEY GENERAL

LEGAL SECTION PL 01 THE CAPITOL
    TALLAHASSEE FLORIDA 32399

     ☒ INDIVIDUAL CAPACITY    ☒ OFFICAIL CAPACITY

II

UNDER 42 USC § 1983

A: THE PLAINTIFF(S) ARE BRINGING SUIT AGAINST

☐ FEDERAL OFFICIALS (A BIVENS CLAIM)

☑ STATE OR LOCAL OFFICIALS (A § 1983 CLAIM)

B:
THE PLAINTIFF(S) DO CLAIM THAT THE FOLLOWING CONSTITUTIONAL RIGHTS OF THE CONSTITUTION FOR THE UNITED STATES OF AMERICA:

AMENDMENT ONE

AMENDMENT FOUR

AMENDMENT FIVE

AMENDMENT SIX

AMENDMENT EIGHT

AMENDMENT NINE

AMENDMENT ELEVEN

WERE VIOLATED UNDER COLOR OF STATE/LOCAL LAW.

C:
THIS SECTION DOES NOT PERTAIN TO THIS § 1983 SUIT.

D:

ON MARCH 31, 2018 THE PLAINTIFFS WHERE SUBJECTED TO INVOLUNTARY SERVITUDE BY DEFENDANT NUMBER THREE WHICH VIOLATES AMENDMENT 13 WHICH THE PLAINTIFFS WHERE NOT DULY CONVICTED OF A CRIME AT THE TIME OF THIER ARRESTS.

AS A GOVERNED OFFICAL DEFENDANT # THREE HAS TAKEN AN OATH OF OFFICE WHICH WAS SUPERSEEDED BY CODEBOOK [FLORIDA STATE STATUTE 932.701-932.7062 (a)(5) AND (a)(1) FLORIDA CONTRABAND FORFEITURE ACT] WHICH VIOLATED THE PLAINTIFFS AMENDMENT 4 WHEN THE PLAINTIFFS WERE CHARGED WITH VIOLATING FLORIDA STATE STATUTE 893.13(6)(a) AND 893.03(2)(c). THE VIOLATION OF FLORIDA STATE STATUTE 893.13(6)(a) AND 893.03(2)(c) ARE CONSIDERED BY THE PEOPLE OF AND IN ALLIANCE WITH THE EMPLOYER OF DEFENDENT # THREE TO BE A FELONY WHICH CAUSES LOSS HARM AND INJURY TO BE SUFFURED BY NONE. FLORIDA STATE STATUTES 893.13(a)(6) and 893.03(2)(c) VIOLATIONS ARE NOT CRIMES BUT ARE CODE BOOKS THAT ARE USED IN OPROTUNISTIC EXTORTION SCHEMES VIELD AS RULES AND REGULATIONS BEING THAT THE PLAINTIFFS HAVE BEEN CHARGED COURT FINES IN THE

REGARDS TO THIER CHARGED STATE STATUTE VIOLATIONS OF 893.13(6)(a) and 893.03(2)(c).

THE PLAINTIFFS WERE ALSO CHARGED WITH VIOLATING STATE STATUTE 322.34(2)(c) WHICH ALSO IS NOT A CRIME BEING THAT THE VIOLATION OF STATE STATUTE 322.34(2)(c) DOES NOT CAUSE ANYONE TO SUFFER LOSS HARM OR INJURY.

DURING THE SUBJECTION TO INVOLUNTARY SERVITUDE WITHOUT FIRST BEING DULY CONVICTED OF A CRIME THE PLAINTIFFS WERE CHARGED WITH VIOLATING STATE STATUTES 812.014(1) and 812.014(2)(c) DUE TO THE PLAINTIFFS TAKING POSSESSION OF A VEHICLE ON MARCH 25, 2018 OUT OF THE COUNTY OF MARION IN THE STATE OF FLORIDA.

THE OWNER OF THE VEHICLE WHICH THE PLAINTIFFS WERE CHARGED WITH THE VIOLATION OF STATE STATUTE 812.014(1) and 812.014(2)(c) CHOSE NOT TO PURSUE PROSECUTION AGAINST THE PLAINTIFFS.

SOMETIME IN EARLY APRIL OF 2018 DEFENDANT # ONE ACTED AS AN ASSISTANT ATTORNEY FOR THE STATE OF FLORIDA VIOLATING THE PLAINTIFFS AMENDMENT 5 WHEN ACTING UNDER COLOR OF STATE LAW AS A ONE PERSON GRAND JURY FILING INFORMATION AGAINST THE PLAINTIFFS IN THE

COURT ROOM OF DEFENDANT # TWO FOR VIOLATING STATE STATUTES 812.014(1) - 812.014(2)(c) - 893.13(6)(a) - 893.03(2)(c) - and 322.34(2)(c).

WHEN DEFENDANT # ONE WAS ALLOWED TO FILE SUCH INFORMATION ACTING AS A ONE PERSON GRAND JURY UNDER COLOR OF STATE LAW FOR STATE STATUTE 812.014(1) and 812.014(2)(c) THE PLAINTIFFS WERE SUBJECT FOR VEHICLE THEFT BEING TWICE PUT IN JEPARDY OF LIFE OR LIMB. DEFENDANT # ONE DOES NOT REPRESENT NOR WAS DEFENDANT # ONE REPRESENTING THE OWNER OF THE VEHICLE WHICH THE PLAINTIFFS WERE CHARGED WITH VIOLATING STATE STATUTE 812.014(1) and §812.014(2)(c) AGAINST. DEFENDANT # ONE DOES AND WAS AT THIS TIME REPRESENT THE ENTITY OF THE STATE OF FLORIDA. BY THE PLAINTIFFS BEING CHARGED BY INFORMATION WHICH INFERED THAT THE PLAINTIFFS CAUSED THE ENTITY OF THE STATE OF FLORIDA TO SUFFER LOSS HARM OR INJURY BY VIOLATING STATE STATUTE 812.014(1) and 812.014(2)(c) ON MARCH 25, 2018 PRECLUDES REPEATED ASSERTIONS OF THE SAME LEGAL CLAIM [SEE ONE BITE RULE OF THE BLACK LAWS DICTIONARY 11TH EDITION] THUS DEFENDANT # TWO ALLOWED THE PLAINTIFFS DUE PROCESS TO BE VIOLATED

BY PLACING THE PLAINTIFFS UNDER INVOLUNTARY SERVITUDE FOR ACTS THAT ARE NOT CRIMES WHICH LACKS THE REQUIRED CRIMINAL CORPUS DELECTI ELEMENTS ~~[redacted]~~ SUCH AS STATE STATUTE VIOLATIONS 893.13(6)(a) and 893.03(2)(c) - 322.34(2)(c) DEFENDANTS # ONE, TWO AND THREE ALLOWED THEIR OATHS OF OFFICE TO BE SUPERSEEDED UNDER COLOR OF LAW AND/OR LOCAL/STATE.

IN MAY 2018 DURING A MOTION HEARING IN THE COURT ROOM OF DEFENDANT # TWO, DEFENDANT # TWO VIOLATED THE PLAINTIFFS AMENDMENT 8 WHEN EXCESSIVE BAIL WAS REQUIRED OF THE PLAINTIFFS BY DEFENDANT # TWO. THE PLAINTIFFS MADE IT CLEAR TO DEFENDANT # TWO THAT THE PLAINTIFFS WERE WITHOUT MONIES AND MEANS TO POST ANY AMOUNT OF BAIL THAT EVEN ONE DOLLAR WOULD BE EXCESSIVE. EXCESSIVE BAIL WAS SET AGAINST THE PLAINTIFFS UNDER COLOR OF STATE LAW. BECAUSE OF THE AMENDMENT 8 VIOLATION WHERE THE PLAINTIFF HAD EXCESSIVE BAIL SET AGAINST THEM BY DEFENDANT # TWO THE PLAINTIFFS ADMENDMENT 6 WAS VIOLATED. THE AMENDMENT 8 VIOLATION CAUSED THE PLAINTIFFS NOT TO HAVE COMPULSORY PROCESS FOR OBTAINING WITNESSES IN THIER FAVOR. [MAY THE RECORD REFLECT THAT CASE NO: 35-2018-CF-00876-A-04 IS THE JUDICIAL CIRCUIT CASE NUMBER FOR THESE EVENTS AND THAT UP UNTIL SEPTEMBER 2018 THE PLAINTIFFS WERE ACTING IN PROPRIA PERSONA FOR CASE NO: 35-2018-CF-00876-A-04] AS

THE LAKE COUNTY DETENTION CENTER WHERE THE PLAINTIFF'S WERE BEING HELD HAD LIMITED ACESS TO LAW MATERIAL AND WHILE UNDER INVOLUNTARY SERVITUDE AS PROPRIA PERSONAS THE PLAINTIFFS HAD NO WAY OF A COMPULSORY PROCESS FOR OBTAINING WITNESSES IN THIER FAVOR.

ON JULY 11, 2018 DEFENDANT ~~#TWO~~ AGREED TO STAND BY THE OATH OF OFFICE TAKEN BUT CONTINUED TO ALLOW THE PLAINTIFFS AMENDMENT 1, 4, 5, 6, 8, 11, and 14 TO BE VIOLATED BY NOT DISMISSING CASE NO: 35-CF-2018-00876-A-04 RETURNING THE PLAINTIFFS THIER METHAMPHETAMINE ALLOWING THE JUDICIAL POWER OF THE UNITED STATES TO BE CONSTRUED TO EXTEND TO CASE NUMBER 35-CF-2018-00876-A-04 PROSECUTED AGAINST THE PLAINTIFFS UNDER COLOR OF STATE LAW. ALLOWING THE ENUMERATION IN THE CONSTITUTION, OF CERTAIN RIGHTS SUCH AS AMENDMENT 1, 4, 5, 6, 8, and 11 TO BE CONSTRUED TO DENY OR DISPARGE VIOLATING THE PLAINTIFFS AMENDMENT 9.

ON AUGUST 15, 2018 DEFENDANT #4 VIOLATED IN THE SAME MANNER AS DID DEFEDANT # TWO ON JULY 11, 2018 WHEN DEFENDANT # FOUR DID NOT DISMISS CASE NO: 35-2018-CF-00876-A-04 THE PLAINTIFFS AMENDMENT 1, 4, 5, 6, 8, 9, 11, and 14 EVEN AFTER DEFENDANT # ONE COULDNOT PROVIDE THE COURT WITH PROOF OF CORPUS DELICTI WHEREIN THE ENTITY OF THE STATE OF FLORIDA SUFFERED LOSS HARM OR INJURY FOR THE PLAINTIFFS' VIOLATION OF STATE STATUTES 893.13(6)(L) - 893.03(2)(L) -

812.014 (1.) and 812.014 (2)(c) ALLOWING HIS OATH OF OFFICE TO BE SUPERSEEDED UNDER COLOR OF STATE LAW.

DEFENDANT # FIVE HAS SINCE CONTINUED TO ALLOW DEFENDANT # ONE, THREE AND FOUR TO PRACTICE UNDER COLOR OF STATE / LOCAL LAW. HOLDING DEFENDANT # FIVE AS RESPONSIBLE TO ANSWER TO THIS §1983 SUIT. AS DEFENDANT # ONE, THREE AND FOUR. UNDER COLOR OF STATE LAW DEFENDANT # FIVE IS ALLOWING HER OATH OF OFFICE TO BE SUPERSEEDED

## III

PRISONER STATUS: CONVICTED AND SENTENCE TO STATE PRISON FOLLOWED BY STATE SUPERVISION.

## IV

STATEMENT OF CLAIM:

MAY THE COURT REFLECT BACK ON SECTION II D

## V

INJURIES:

NO PHYSICAL INJURIES WERE DONE TO THE PLAINTIFFS.

## VI

BECAUSE OF THE ACTS ALLEDGED IN SECTION II, THE PLAINTIFFS ARE SEEKING $30,000 (THIRTY THOUSAND DOLLARS US CURRENCY) FROM EACH OF THE FIVE DEFENDANTS. THE PLAINTIFFS HAVE SUFFERED ACTUAL LOSS OF LIBERTY AND EMOTIONAL HARM FROM THIER SURROUNDING DURING THIER TIME OF INVOLUNTARY SERVITUDE SINCE MARCH 31, 2018.

## VII

EXHAUSTION OF ADMINISTRATION REMEDIES
ADMINISTRATIVE PROCEEDURES.

A:
DID YOUR CLAIMS ARISE WHILE YOU WERE CONFINED IN A JAIL PRISON OR OTHER CORRECTIONAL FACILITY?

☑ YES
☐ NO

IF YES NAME THE JAIL PRISON OR OTHER CORRECTIONAL FACILITY WHERE YOU WHERE CONFINED AT THE TIME OF THE EVENTS GIVING RISE TO YOUR CLAIM(S).

LAKE COUNTY DETENTION CENTER

FLORIDA DEPARTMENT OF CORRECTIONS.

B:

DOES THE JAIL PRISON OR OTHER CORRECTIONAL FACILITY WHERE YOUR CLAIM(S) AROSE HAVE A GRIEVANCE PROCEEDURE?

☑ YES
☐ NO
☐ DO NOT KNOW

C:

DOES THE GRIEVANCE PROCEEDURE AT THE JAIL PRISON OR OTHER ~~~~~~ CORRECTIONAL FACILITY WHERE YOUR CLAIM(S) AROSE COVER SOME OR ALL YOUR CLAIMS?

☐ YES
☑ NO
☐ DO NOT KNOW

D:

DID YOU FILE A GRIEVANCE IN THE JAIL PRISON OR OTHER CORRECTIONAL FACILITY WHERE YOUR CLAIM(S) AROSE CONCERNING THE FACTS ~~~~~~ RELATING TO THIS COMPLAINT?

☐ YES
☑ NO

E:

"E" IS NOT APLICAL.

F:

THERE IS NOT A GREIVANCE PROCEEDURE IN EITHER JAIL OR PRISON WHERE THE CLAIMS AROSE THE PLAINTIFFS DO HAVE AN ACTIVE CASE IN THE UNITED STATES DISTRICT COURT MIDALE DISTRICT OCALA DIVISION CASE NUMBER: 5:20-CV-366-Oc-40PRL SEEKING THE COURTS TO OVER-TURN CASE NO: 35-CF-2018-876-A-04 AND ORDER THE RELEASE OF THE PLAINTIFFS FROM STATE COUSTODY. IN WAIT CORPUS CUM CAUSA FORUM.

G:

"G" IS NOT APPLICAL.

<u>VIII</u> PREVIOUS LAWSUITS:

TO THE BEST OF YOUR KNOWLEDGE HAVE YOU HAD A CASE DISMISSED BASED ON THE "THREE STRIKE RULE"?

☐ YES
☒ NO

A:

HAVE YOU FILED OTHER LAW SUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION?

☐ YES
☒ NO

B:

"B" IS NOT APPLICAL.

C:

HAVE YOU FILED OTHER LAW SUITS IN FEDERAL OR STATE COURT OTHERWISE RELATING TO THE CONDITIONS OF YOUR IMPRISONMENT?

☐ YES
☒ NO

D:

"D" IS NOT APPLICAL.

## IX. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Proceedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after reasonable opprotunity for further investigation or discovery and (4) the complaint otherwise complies with the requirements of Rule 16.

I agree to provide the clerks' office of any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the clerks' office may result in the dismissal of my case.

Date of signing:

    Brandon Stevens..../UCCI-308
    BRANDON STEVENS
    FDOC# V41756
    RMC WEST UNIT
    PO Box 628
    LAKE BUTLER FLORIDA 32054-0628

**MAILED FROM A STATE CORRECTIONAL INSTITUTION**

US POSTAGE >> PITNEY BOWES
$001.60
ZIP 32054
0000369996 SEP 14 2020

BRANDON STEVENS #041756
RMC WEST UNIT
PO BOX 628
LAKE BUTLER FLORIDA 32054-0628

SCREENED BY USMS

LEGAL

CLERK'S OFFICE GOLDEN-COLLUM MEMORIAL FEDERAL BUILDING AND
US COURT HOUSE
207 NW SECOND STREET, ROOM 337
OCALA FLORIDA 34475-6666

OFFICAL BUSINESS

LEGAL